UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

United States of America

            -against-

Ralphy Delvis Polanco-Terrero,

                          Defendant.
-------------------------------------------------------------x

                          **SCHEDULING ORDER**

                          21 Cr. 198

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       A telephonic arraignment and a telephonic bail hearing before Magistrate Judge Krause are hereby scheduled for **Monday, April 5, 2021, at 1:00 p.m.**

       Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

       Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 30, 2021
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge